# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Engineers Joint Welfare, Pension, Supplemental
Unemployment Benefit and Training Funds
Operating Engineers Local 17,
Training Fund, Central Pension Fund of
the International Union Operating Engineers
and Participating Employers International
Union of Operating Engineers, Local Union No. 17,**

**Plaintiffs.**

vs.

**CASE NUMBER:
5:08cv654 NPM/GJD**

**D. Land Construction Company, Inc.,
and  Dadon Land, Individually,**

**Defendant(s).**

**Decision by Court.**  This action came to trial or hearing before the Court.
The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, the Motion for Default Judgment was granted
in all respects and judgment by default entered in this action in favor of plaintiffs and against
defendants, D. Land Construction Company, Inc., and Dadon Land,  individually,  for the relief
demanded in the complaint, together with the costs of disbursements of this processing.
Judgment is entered for the sum of $31,035.90, plus interest at the rate provided, and it is further

    **ORDERED AND ADJUDGED**, the defendants are required to produce their books
and records for the period March 1, 2003, to date for plaintiff's review and audit, and to pay all
attorneys' and paralegal fees and costs incurred in obtaining that audit, and it is further,

    **ORDERED AND ADJUDGED**, the Court retains jurisdiction to enter judgment in
favor of the plaintiff and against the defendants, D. Land Construction Company, Inc., and
Dadon Land for any and all contributions and deductions that are determined to be due as a
result of the audit, plus the applicable interest thereon, liquidated damages, costs and expenses of
collection, audit fees and attorneys' and paralegal fees.

All of the above pursuant to the Order Granting Default  of the Honorable Judge Senior Judge
Neal P. McCurn, dated the 14th day of May,  2009.

DATED: May 15, 2009

Clerk of Court

s/

Marie N. Marra
Deputy Clerk